UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CEASER LEWIS,<br><br>     Plaintiff,<br><br>     v.<br><br>HONORABLE LINDA CLARK,<br><br>     Defendant. | No. C 15-3828 NC (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, a California state prisoner proceeding *pro se*, filed a federal civil rights complaint, pursuant to 42 U.S.C. § 1983. On November 17, 2015, the Court issued an order to Plaintiff to show cause why his motion for leave to proceed in forma pauperis should not be denied, and this action should not be dismissed, pursuant to 28 U.S.C. § 1915(g). On November 30, 2015, the order was returned to the Court as undeliverable.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* Civil L.R. 3-11(b).

More than sixty days have passed since the mail sent to Plaintiff by the Court was returned as undeliverable on November 30, 2015. The Court has not received a notice from Plaintiff of a new address, nor has the Court received any communication from Plaintiff since he opened this case on August 21, 2015. Accordingly, the instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: February 1, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge